No. 159. FLEMING *v.* OHIO.
Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted; and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). The petition for a writ of certiorari in this cause is denied. *Mr. Alexander H. Martin* for appellant. *Messrs. Ray T. Miller, Robert T. Scott,* and *David Ralph Hertz* for appellee.

No. 219. BRINKLEY *v.* HASSIG ET AL.
Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Meffert* v. *Packer,* 195 U. S. 625; *Missouri ex rel. Hurwitz* v. *North,* 271 U. S. 40; *Standard Stock Food Co.* v. *Wright,* 225 U. S. 540, 550. *Mr. Fred S. Jackson* for appellant. *Messrs. William A. Smith* and *William C. Ralston* for appellees.